HARRY R. YOUNG ET AL., RESPONDENTS, v. JAMES R. CRUMBIE, APPELLANT.

Argued February 16, 1928—Decided May 14, 1928.

For the respondents, *Bourgeois & Coulomb*.

For the appellant, *Louis A. Repetto*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, MINTURN, KATZENBACH, CAMPBELL, VAN BUSKIRK, Mc-GLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.